1914.) Action by Alba Taggart against the Solvay Process Company. No opinion. Judgment and order affirmed, with costs.

TAYLOR, Appellant, v. FENN, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Frank Taylor against Lily B. M. Fenn, as executrix, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Rehearing denied, 147 N. Y. Supp. 1145.

KRUSE, P. J., dissents.

TAYLOR, Appellant, v. FENN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Frank Taylor against Lily B. M. Fenn, as executrix, etc. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1145.

TAYLOR, Respondent, v. KING, Appellant. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Oscar R. Taylor against Hiter King.

PER CURIAM. There was no laches shown which should deprive the defendant of a bill of particulars. Tilton v. Gans, 155 App. Div. 612, 140 N. Y. Supp. 782. The allegation of the complaint as to the nature of the contract and the damages recoverable were such as to entitle the defendant to a bill of particulars under appropriate conditions. The order is therefore reversed, with $10 costs and disbursements, and the motion for a bill of particulars granted, without costs.

TEETER v. DANIEL (two cases). (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Sidney M. Teeter against Anna K. Daniel.

PER CURIAM. The stay in this case can be continued until the entry of the order determining the appeal from the order of the Special Term denying the motion to send the issues of this case to trial before a jury, upon condition that the appeal from such order be argued or submitted on May 1st. The appellant can also have in this court the original papers upon which the other orders were granted, and submit the appeal from those orders on the same day without printing the papers on appeal. No costs of this application.

THEILE v. DILL. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by William Theile against Samuel J. Dill. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1145.

THEILE, Respondent, v. DILL, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by William Theile against Samuel J. Dill. S. P. Anderton, of New York City, for appellant. J. A. Allen, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1145.

THEILE, Respondent, v. UNITED GAS & ELECTRIC CORPORATION, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by William Theile against the United Gas & Electric Corporation. S. P. Anderton, of New York City, for appellant. J. A. Allen, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1145.

THEILE v. UNITED GAS & ELECTRIC CORPORATION. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by William Theile against the United Gas & Electric Corporation. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1145.

THOMPSON, Appellant, v. BAILY et al., Respondents. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Frank A. Thompson against George W. Baily and others. W. P. McKown, of New York City, for appellant. J. R. Abney, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

THOMPSON, Respondent, v. LEVERING & GARRIGUES CO., Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Agnes Thompson, as administratrix, etc., against the Levering & Garrigues Company. F. V. Johnson, of New York City, for appellant. R. Gillette, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 155 App. Div. 554, 140 N. Y. Supp. 769.

TORREY, Respondent, v. DAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Frank B. Torrey, as executor of and trustee under the last will and testament of Edward Warren Day, deceased, against Elbert H. Day and others. No opinion. Motion granted, without prejudice to the right of appellants to hereafter raise the point now presented in opposition. See, also, 81 Misc. Rep. 39, 141 N. Y. Supp. 814.

TORTORELLI, Respondent, v. BRONX CUT STONE CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Frank Tortorelli against the Bronx Cut Stone Company. J. B. Henney, of New York City, for appellant. F. Grady, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TOWN v. DUNKIRK PRINTING CO. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Mary L. Town against the Dunkirk Printing Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. Leave to appeal to Court of Appeals denied, 147 N. Y. Supp. 1146.